UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| ERIC ORDUNA, | Case No. 3:20-cv-00641-MMD-CLB |
|---|---|
| Petitioner, | ORDER |
| v. | |
| TIM GARRETT, *et al.*, | |
| Respondents. | |

Good cause appearing, it is therefore ordered that Respondents' first unopposed motion to extend (ECF No. 18) is granted. Respondents have until January 18, 2022, to answer Petitioner's first amended petition.

DATED THIS 10th Day of December 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE