UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| ERIC ORDUNA, | Case No. 3:20-cv-00641-MMD-CLB |
|---|---|
| Petitioner, | ORDER |
| v. | |
| TIM GARRETT, *et al.*, | |
| Respondents. | |

Good cause appearing, it is therefore ordered that Petitioner's first unopposed motion to extend time (ECF No. 29) is granted. Petitioner has until March 3, 2022, to file his Opposition to Respondents' Motion to Dismiss.

DATED THIS 9th Day of February 2022.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE