UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ERIC ORDUNA,<br><br>　　　　　　　　　　Petitioner,<br>　　v.<br><br>TIM GARRETT, *et al.*,<br><br>　　　　　　　　　　Respondents. | Case No. 3:20-cv-00641-MMD-CLB<br><br>ORDER |

Respondents filed an unopposed motion for enlargement of time (first request). (ECF No. 34.) The Court finds good cause exists to grant the motion.

It is therefore ordered that Respondents' unopposed motion for enlargement of time (ECF No. 34) is granted. Respondents will have up to and including August 19, 2022, to file a response to the Amended Petition.

DATED THIS 22nd Day of June 2022.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE