# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ERIC ORDUNA,<br><br>　　　　　　　Petitioner,<br>　　v.<br><br>TIM GARRETT, *et al.*,<br><br>　　　　　　　Respondents. | Case No. 3:20-cv-00641-MMD-CLB<br><br>ORDER |

　　　Petitioner filed an unopposed motion for enlargement of time (second request). (ECF No. 41.) The Court finds that good cause exists to grant the motion.

　　　It is therefore ordered that Petitioner's unopposed motion for enlargement of time (ECF No. 41) is granted. Petitioner will have up to and including December 27, 2022, to file his reply to the answer to the first amended petition.

　　　DATED THIS 12th Day of December 2022.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE