1

2

3                                UNITED STATES DISTRICT COURT

4                                       DISTRICT OF NEVADA

5                                                * * *

6       ERIC ORDUNA,                                        Case No. 3:20-cv-00641-MMD-CLB

7                                      Petitioner,                              ORDER

8               v.

9       TIM GARRETT, *et al.*,

10                                   Respondents.

11

12              Petitioner filed an unopposed motion for enlargement of time (third request). (ECF

13     No. 43.) The Court finds that good cause exists to grant the motion.

14              It is therefore ordered that Petitioner's unopposed motion for enlargement of time

15     (ECF No. 43) is granted. Petitioner will have up to and including January 26, 2023, to file

16     his reply to the answer to the first amended petition.

17              DATED THIS 3rd Day of January 2023.

18

19

20              _____
                MIRANDA M. DU
21              CHIEF UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28